IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 7:22-926 |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| vs. | ) | |
| | ) | |
| | ) | |
| JOEVON ETHAN HARRIS-HARDY | ) | SEALED INDICTMENT |

RECEIVED USDC CLERK, GREENVILLE, SC 2022 NOV -8 PM 1:30

## COUNT 1

THE GRAND JURY CHARGES:

On or about August 2, 2021, in the District of South Carolina, the Defendant, JOEVON ETHAN HARRIS-HARDY, in connection with the acquisition of a firearm, to wit; a Taurus, model G2c, 9mm pistol, from Eastside Pawn, a federally licensed firearms dealer, knowingly made a false and fictitious written statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, which was intended and likely to deceive Eastside Pawn, as to a material fact to the lawfulness of such sale of the firearm to the Defendant, in that the Defendant answered question 21a, that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, he was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about August 4, 2021, in the District of South Carolina, the Defendant, JOEVON ETHAN HARRIS-HARDY, in connection with the acquisition of a firearm, to wit; a Glock, model G20, 10mm pistol, from T&K Outdoors, a federally licensed firearms dealer, knowingly made a false and fictitious written statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, which was intended and likely to deceive T&K Outdoors, as to a material fact to the lawfulness of such sale of the firearm to the Defendant, in that the Defendant answered question 21a, that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, he was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about August 24, 2021, in the District of South Carolina, the Defendant, JOEVON ETHAN HARRIS-HARDY, in connection with the acquisition of a firearm, to wit; a Taurus, model G2S, 9mm pistol, from T&K Outdoors, a federally licensed firearms dealer, knowingly made a false and fictitious written statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, which was intended and likely to deceive T&K Outdoors, as to a material fact to the lawfulness of such sale of the firearm to the Defendant, in that the Defendant answered question 21a, that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, he was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about September 9, 2021, in the District of South Carolina, the Defendant, JOEVON ETHAN HARRIS-HARDY, in connection with the acquisition of firearms, to wit; a Taurus, model PT 132, .32 caliber pistol; a Taurus, model G2C, 9mm pistol; and a Keltec, model PF-9, 9mm pistol, from Eastside Pawn, a federally licensed firearms dealer, knowingly made a false and fictitious written statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, which was intended and likely to deceive Eastside Pawn, as to a material fact to the lawfulness of such sale of the firearms to the Defendant, in that the Defendant answered question 21a, that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, he was not the actual transferee/buyer of the firearms;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

That on or about September 9, 2021, in the District of South Carolina, the Defendant, JOEVON ETHAN HARRIS-HARDY, in connection with the acquisition of a firearm, to wit; a Taurus, model G2C, 9mm pistol, from Lyman Gun and Pawn, a federally licensed firearms dealer, knowingly made a false and fictitious written statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, which was intended and likely to deceive Lyman Gun and Pawn, as to a material fact to the lawfulness of such sale of the firearm to the Defendant, in that the Defendant answered question 21a, that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the Defendant then knew, he was not the actual transferee/buyer of the firearm;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A _True_ Bill

REDACTED
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _/s/ Max B. Cauthen, III_
Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Max.Cauthen@usdoj.gov